Ronald Appel, Esq.    SBN 132023
APPEL & APPEL
2522 Chambers Road
Tustin, CA 92780
(714) 573-4090
attorneyrappel@gmail.com

Attorneys for Secured Creditor Farmers & Merchants Bank of Long Beach

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Linda M. Veerkamp<br><br>                Debtor, | Chapter 13<br><br>Bankruptcy Case No. 2:23-bk-17901-VZ<br><br>**DECLARATION OF RONALD APPEL RE: SERVICE OF MORTGAGE STATEMENTS** |

I, Ronald Appel, declare and state as follows:

1. I am an attorney at law duly licensed to practice law before all of the Federal and State Courts in the State of California and I am the attorney of record for Movant Farmers & Merchants Bank of Long Beach.

2. I have personal knowledge of the facts stated herein. If called to testify hereto, I could and would competently do so under oath.

3. A hearing was held on March 12, 2024 on Movant's motion for Relief from Automatic Stay.

///

///

-1-
Declaration re: Service of Mortgage Statements

4.  The Court conditionally granted the motion requiring me to provide Debtor's Counsel with 3 monthly mortgage statements to enable the Debtor to apply for State relief with mortgage assistance.

5.  On Sunday, March 31, 2024, I emailed 3 monthly mortgage statements to Debtor's Counsel.

6.  Attached hereto is Exhibit "A" is a true and exact copy of the email and the 3 monthly mortgage statements (additional copies for the Debtor, her Counsel, and all interested parties).

7.  I am filing this Declaration and lodging the Order for Relief.

I declare under penalty of perjury that the foregoing is true and correct this first day of April, 2024, at Tustin, California.

_____

Ronald Appel, Declarant

-2-

Declaration re: Service of Mortgage Statements

# Exhibit "A"

# M Gmail

Ron Appel <attorneyrappel@gmail.com>

---

## Veerkamp
1 message

---

**Ron Appel** <attorneyrappel@gmail.com>  Sun, Mar 31, 2024 at 5:58 PM
To: "jdh@cornerstonelawcorp.com" <jdh@cornerstonelawcorp.com>

Attached are 3 monthly statements per the Court Order.

Ronald Appel, Esq.

---

📄 **Veerkamp.pdf**
290K

```
F&M Bank of Long Beach
Loan Servicing
PO Box 337
Lakewood, CA  90714-0337
(562) 495-7710
```

Linda Marie Veerkamp
18320 Regina Ave
Torrance CA 90504-4612

## FOR INFORMATIONAL PURPOSES ONLY

| ACCOUNT NUMBER | PAYMENT DUE DATE | TOTAL AMOUNT DUE |
|---|---|---|
| 9027002738 | 01/09/2024 | $11,382.43 |

```
Past Due Amount                    $9,377.73

Current Amount Due
              Interest    $1,917.80
              Charges        $86.90
              Sub Total   $2,004.70
```

SPECIAL

F&M Bank of Long Beach
Loan Servicing
PO Box 337
Lakewood, CA  90714-0337
(562) 495-7710

Linda Marie Veerkamp
18320 Regina Ave
Torrance CA 90504-4612

# FOR INFORMATIONAL PURPOSES ONLY

| ACCOUNT NUMBER | PAYMENT DUE DATE | TOTAL AMOUNT DUE |
|---|---|---|
| 9027002738 | 02/10/2024 | $13,180.37 |

Past Due Amount                        $11,382.43

Current Amount Due
                    Interest           $1,797.94

F&M Bank of Long Beach
Loan Servicing
PO Box 337
Lakewood, CA  90714-0337
(562) 495-7710

Linda Marie Veerkamp
18320 Regina Ave
Torrance CA 90504-4612

## FOR INFORMATIONAL PURPOSES ONLY

| ACCOUNT NUMBER | PAYMENT DUE DATE | TOTAL AMOUNT DUE |
|---|---|---|
| 9027002738 | 03/11/2024 | $14,978.32 |

Past Due Amount                              $13,180.37

Current Amount Due
                    Interest        $1,797.95

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): Declaration of Ronald Appel re: Service of Mortgage Statements
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 1, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 1, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Linda M. Veerkamp
18320 Regina Avenue
Torrance, CA 90504

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date April 1, 2024 | Printed Name Ronald Appel, Esq. | Signature /s/ Ronald Appel |
|---|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE

Junior Lienholder

Ronald Pearlstein Profit Sharing
Plan Entrust #00393
c/o Danco
2476 Overland Ave., Suite 203
Los Angeles, CA 90064